UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DIEGO ARMANDO MORALES JIMENEZ,<br><br>    Petitioner,<br><br>    v.<br><br>DREW BOSTOCK, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); TODD LYONS, Acting Director of Immigration Customs Enforcement ("ICE"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); U.S. DEPARTMENT OF HOMELAND SECURITY; and PAMELA BONDI, Attorney General of the United States,<br><br>    Respondents. | Case No. 3:25-cv-00570-MTK<br><br>**ORDER** |

**KASUBHAI,** United States District Judge:

    Petitioner Diego Armando Morales Jimenez filed this Petition for Writ of Habeas Corpus on April 8, 2025. ECF No. 1. Pursuant to 28 U.S.C. § 2243, by April 14, 2025, Respondents are ordered to show cause in writing why the Petition should not be granted.

    No later than April 9, 2025, at 5:00 p.m., counsel for Petitioner is ordered to send a copy of the Petition and this Order by e-mail to the United States Attorney's Office for the District of

Page 1 — ORDER

Oregon. No later than April 10, 2025, at 5:00 p.m., counsel for Petitioner is ordered to serve Respondents with summons, the Petition, and this Order, in compliance with Federal Rule of Civil Procedure 4, and to file proof of such service.

A status conference is set before the Court on April 11, 2025, at 10:00 a.m. at the Mark. O. Hatfield Courthouse. Counsel for Petitioner and Respondents shall appear in person. The Court will set a briefing schedule and hearing date at that time.

Finally, to preserve the Court's jurisdiction over this matter, Petitioner shall not be physically removed from the District of Oregon until this matter is resolved or this order is vacated. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) ("District Court ha[s] the power to preserve existing conditions while it . . . determin[es] its own authority to grant injunctive relief"); *see also Garcia-Izquierdo v. Gartner*, No. 04 CIV. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may order that a petitioner's deportation be stayed . . . when a stay is necessary to preserve the Court's jurisdiction of the case").

DATED this 9th day of April 2025.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States District Judge